UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA BAKER,

    Plaintiff,

v.                                    CASE NO.  8:17-cv-2909-T-26AAS

CREDENCE RESOURCE
MANAGEMENT, LLC,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **Plaintiff's Notice of Settlement (Dkt. 15)** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on February 1, 2018.

                                               s/*Richard A. Lazzara*
                                               **RICHARD A. LAZZARA**
                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record